IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

MARIA L. RODRIGUEZ DE
MOSQUEDA, et al.,

    Plaintiffs,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

CIVIL ACTION FILE NO.:
4:16-CV-0001-HLM

## ORDER

This case is before the Court on the Motion to Dismiss Plaintiffs' Complaint ("Motion to Dismiss") of State Entity Defendants and Defendants Crickmar, Wright and Bridges (the "Moving Defendants") [27] and on the Court's own Motion.

On February 2, 2016, the Moving Defendants filed their Motion to Dismiss. (Docket Entry No. 27.) On February 22, 2016, the Court directed Plaintiffs to file their response to that Motion within

AO 72A
(Rev.8/8
2)

fourteen days. (Order of Feb. 22, 2016 (Docket Entry No. 31).) On that same day, Plaintiffs filed both an Amended Complaint (Docket Entry No. 34), and a response in opposition to the Motion to Dismiss (Docket Entry No. 35).

Plaintiffs filed their Amended Complaint within twenty-one days after the Moving Defendants filed their Motion to Dismiss. As such, Plaintiffs may file their Amended Complaint as of right. Fed. R. Civ. P. 15(a)(1)(B) (providing that a party may amend a pleading once as a matter of course "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier"). Because Plaintiffs' Amended Complaint may moot some of the concerns raised in the Motion to Dismiss, the Court denies the Motion to Dismiss without prejudice. If necessary and appropriate, the Moving Defendants

AO 72A
(Rev.8/8
2)

may file another Motion to Dismiss addressing the Amended Complaint.

ACCORDINGLY, the Court **DENIES AS MOOT AND WITHOUT PREJUDICE** the Motion to Dismiss filed by the Moving Defendants [27].

IT IS SO ORDERED, this the 23 day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE