# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| MARIA L. RODRIGUEZ DE MOSQUEDA and ARMAONDO, MOSQUEDA RODRIGUEZ, as Administrator of the ESTATE OF ESTEBAN MOSQUEDA-ROMERO | * * * * * * | CIVIL ACTION No.: 4:16-CV-1-HLM |
| Plaintiff, | * * | |
| v. | * * | |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al. | * * * | |
| Defendants. | * * | |

## ENTRY OF APPEARANCE

COMES NOW Amy L. Macrina, Assistant Attorney General, and hereby makes an entry of appearance on behalf of Defendants Georgia Department of Corrections, Board of Regents of the University System of Georgia, Georgia Regents University also known as Augusta University, Scott Crickmar, Monica Hill, D.O., Deborah Wright, L.P.N. and Christopher Bridges.

      Counsel can be reached at:
      Office of the Attorney General
      40 Capitol Square, SW
      Atlanta, Georgia 30334
      Telephone:  (404) 463-8850
      Facsimile:   (404) 651-5304
      E-Mail: amacrina@law.ga.gov

Respectfully submitted this 24th day of February 2016.

| | |
|---|---|
| SAMUEL S. OLENS | 551540 |
| Attorney General | |
| | |
| KATHLEEN M. PACIOUS | 558555 |
| Deputy Attorney General | |
| | |
| DEVON ORLAND | 554301 |
| Senior Asst. Attorney General | |
| | |
| /s/ Amy L. Macrina | 233011 |
| AMY L. MACRINA | |
| Assistant Attorney General | |

Please Address All Communications To:
AMY L. MACRINA,
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: amacrina@law.ga.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system and that I have served by U.S. mail, first class postage prepaid, the following:

Plaintiffs' attorneys of record:

Nathanael A. Horsley
Mark Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Dr.
Building 12, Suite 300
Atlanta, GA 30328

This 24th day of February, 2016.

/s/ Amy L. Macrina
AMY L. MACRINA
Georgia Bar No.        233011
Assistant Attorney General


Please Address All Communications To:

AMY L. MACRINA,
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: amacrina@law.ga.gov