## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| MARIA L. RODRIGUEZ DE MOSQUEDA and ARMANDO, MOSQUEDA RODRIGUEZ, as Administrator of the ESTATE OF ESTEBAN MOSQUEDA-ROMERO <br><br> Plaintiff, <br><br> v. <br><br> GEORGIA DEPARTMENT OF CORRECTIONS, et al. <br><br> Defendants. | CIVIL ACTION No.: <br> 4:16-CV-1-HLM |

## ORDER

This action is before the court on Defendants' Motion for Extension of Time. For good cause shown, the Motion is **GRANTED**. Defendants are granted an extension of fourteen (14) days, up through and including March 21, 2016, to answer Plaintiffs' First Amended Complaint.

SO ORDERED this ___ day of _____, 2016.

_____
HAROLD L. MURPHY
United States District Judge

- 1 -