# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MARIA L. RODRIGUEZ DE MOSQUEDA and ARMANDO, MOSQUEDA RODRIGUEZ, as Administrator of the ESTATE OF ESTEBAN MOSQUEDA-ROMERO<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, et al.<br><br>Defendants. | CIVIL ACTION No.:<br>4:16-CV-1-HLM |

## ORDER

This action is before the court on Defendants' Second Motion to Exceed Page Limit. For good cause shown, the Motion is **GRANTED**. Defendants are permitted to file a brief in support of a motion under FED. R. CIV. P. 12(b) that is up to forty (40) pages in length. Plaintiffs are likewise permitted to file a response to Defendants' motion that is up to forty (40) pages in length.

**SO ORDERED** this 4 day of March, 2016.

_____
HAROLD L. MURPHY
United States District Judge

- 1 -