IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

MARIA L. RODRIGEUZ DE
MOSQUEDA, et al.,

    Plaintiffs,

v.

CIVIL ACTION FILE NO.:
4:16-CV-0001-HLM

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

## ORDER

This case is before the Court on the Parties' Joint Preliminary Report and Discovery Plan [86].

The Court **APPROVES** the Parties' Joint Preliminary Report and Discovery Plan [86], and **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal

Rules of Civil Procedure and the Local Rules of this Court, with no exceptions.

IT IS SO ORDERED, this the 25th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)