UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA L. RODRIGUEZ DE MOSQUEDA and ARMANDO MOSQUEDA RODRIGUEZ, as ADMINISTRATOR OF THE ESTATE OF ESTEBAN MOSQUEDA-ROMERO,<br><br>    Plaintiffs,<br><br>vs.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, et al.<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>4:16-CV-1-HLM |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that pursuant to N.D. GA. LR 26.3 I on this date I provided by electronic mail and mailing via U.S. Mail, the above and foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO MARIA L. RODRIGUEZ DE MOSQUEDA to the following attorneys of record:

Joshua S. Stein, Esq.
Elissa B. Haynes, Esq.
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road, N.E.
Suite 2100
Atlanta, GA 30326

Matthew Boyer, Esq.
Meghan R. Davidson, Esq.
Nall & Miller, LLP
Peachtree Center, North Tower
235 Peachtree Street N.E., Suite 1500
Atlanta, GA 30303

Vincent A. Toreno
Samantha J. Bily
Ken David & Associates, LLC
229 Peachtree Street
International Tower – Suite 950
Atlanta, Georgia 30303

This 24th day of October,

        **HORSLEY BEGNAUD LLC**

        s/ Nathanael A. Horsley
        **Nathanael A. Horsley**
        Georgia State Bar No. 367832
        Counsel for Plaintiffs

750 Hammond Dr.
Building 12 Suite 300
Atlanta, GA 30328
Phone: 770-765-5559
Fax:    404-602-0018
nhorsley@gacivilrights.com